UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY
700 Quaker Lane
Warwick RI 02886,

    Plaintiff,

And

ROSY SACHDEVA
W240 N2566 E. Parkway Meadow Circle
Pewaukee, WI 53072-5837

    `Involuntary Plaintiff

v.

CASCADE FUNDING MORTGAGE TRUST HB8
One Mortgage way
Mount Laurel, NJ 08054-4637,

PHH MORTGAGE CORPORATION
233 Waukegan Road
Deerfield, IL 60015,

And

GREAT NORTHERN INSURANCE COMPANY
One American Square
202 N. Illinois Street, Suite 2600
Indianapolis, INC 46282

    Defendants.

Case No.: _____

Waukesha County Case No. 2024CV000896

---

**DEFENDANT PHH MORTGAGE COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Defendant, PHH MORTGAGE CORPORATION, by and through its attorneys, Dykema Gossett PLLC and pursuant to Fed. R. Civ. P. 7.1, states as follows for its Corporate Disclosure Statement and Notification of Affiliates:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes __X__      No _____

    **PHH Mortgage Corporation is a wholly owned subsidiary of PHH Corporation, which is a wholly owned subsidiary of Ocwen Financial Corporation. Ocwen Financial Corporation is a publicly traded corporation, with no entity owning more than 10% of its stock.**

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes _____      No __X__

Dated: July 5, 2024

                          By: /s/ Caleb Halberg
                          Caleb Halberg
                          DYKEMA GOSSETT PLLC
                          10 South Wacker Drive, Suite 2300
                          Chicago, IL 60606
                          (312) 627-2264
                          chalberg@dykema.com

                          *Attorneys for Defendant PHH Mortgage Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system and I hereby certify that I have emailed the same and will mail by United States Postal Service the paper to the following:

Matthiesen, Wickert & Lehrer, S.C.
Nicholas J. DeStefanis
1111 East Summer Street
P.O. Box 270670
Hartford, WI 53027-0670

*Attorneys for Plaintiffs*

/s/ Caleb Halberg